IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| NATOSHA PADILLA, | 3:12-CV-02276-BR |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| PORTLAND COMMUNITY COLLEGE, | |
| Defendant. | |

The Court issued an Order (#14) stating that the Court intended to dismiss this matter without prejudice for lack of prosecution unless, before July 22, 2013, any interested party shows cause to the Court why such dismissal should not occur.

Because the Court has not received any additional correspondence from any authorized person(s) on behalf of the now-deceased Plaintiff, the Court, therefore, **DISMISSES** this matter **without prejudice.**

DATED this 25th day of July, 2013.

*[signature]*
ANNA J. BROWN
United States District Judge

JUDGMENT OF DISMISSAL